IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL SOTO,

    Petitioner,                    No. CIV S-10-0670 GGH P

    vs.

MICHAEL MARTEL, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Pursuant to the Order, filed on April 5, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on April 16, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: May 19, 2010                      /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
soto0670.fpd